IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL A. GOODRICH,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D23-1930
LT Case No. 2013-CF-1048

_____/

Decision filed August 8, 2023

3.850 Appeal from the Circuit Court
for Hernando County,
Stephen E. Toner, Jr., Judge.

Michael A. Goodrich, Miami, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


SOUD, BOATWRIGHT and KILBANE, JJ., concur.